# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DONALD MINNIECHESKE,**
    **Plaintiff,**

  v.                                          **Case No. 07C0002**

**ALLYN DANNHOFF, et al.,**
    **Defendants.**

---

## DECISION AND ORDER

On February 16, 2007, plaintiff Donald Minniecheske filed a motion requesting that I recuse myself based on my handling of previous cases in which he was a party. However, I conclude that nothing that occurred previously supports a conclusion that I am impartial or creates an appearance of impartiality.

Therefore, for the foregoing reasons,

**IT IS ORDERED** that plaintiff's motion for recusal is **DENIED**.

Dated at Milwaukee, Wisconsin this 23 day of February, 2007.

                                            /s_____
                                            LYNN ADELMAN
                                            District Judge